STATE OF NEW JERSEY v. BARRY P. KOWAL.

September 30, 1980.

Petition for certification denied.

NEIL COOKE v. THE MAYOR & TOWNSHIP COMMITTEE OF THE TOWNSHIP OF NORTH BRUNSWICK.

September 30, 1980.

Petition for certification denied.

TOWNSHIP OF MAPLE SHADE v. BURLINGTON COUNTY BOARD OF TAXATION.

September 30, 1980.

Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF MEADOWLANDS COMMUNICATIONS SYSTEMS, INC.

September 30, 1980.

Petition for certification denied.   (See 175 *N.J.Super.* 53)